```
GOLDSMITH & HULL/File #C-19551
A Professional Corporation
William I. Goldsmith  (SBN 82183)
Jack D. Hull         (SBN 91879)
Howard D. Myers      (SBN 41811)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com
```

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: ~~91A-12294~~ 12-CV-196 |
| Plaintiff, | RENEWED JUDGMENT [Proposed] |
| v. | |
| CHERYL A. TODD AKA CHERYL A. TODD-BROWN, | |
| Defendant. | |

LODGED
CLERK, U.S. DISTRICT COURT
DEC 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of the California Code of Civil Procedure, the above named plaintiff, by his attorney, applies for renewal of judgment against defendant, CHERYL A. TODD AKA CHERYL A. TODD-BROWN.

The original judgment, was entered on January 22, 1992. A copy is attached as "Exhibit 1".

The judgment has not been previously renewed.

Renewal of money judgment as of December 13, 2011.

a. Total judgment................................................ $1,034.17

b. Credits after judgment.......................................$     0.00

c. Subtotal........................................................$1,034.17

1      d. Interest after judgment..........................................$1,343.33
2      e. Fee for filing abstract of judgment.......................$     0.00
3      f. Total renewed judgment.......................................$2,377.50
4  Renewed Judgment to accrue interest at the legal rate until paid

6  Dated: 12/13/2011                            GOLDSMITH & HULL, A P.C.

                                            William J. Goldsmith
                                            Attorneys For Plaintiff

11  Dated:_____               CLERK U.S. DISTRICT COURT

# EXHIBIT "1"

```
 1  BRACHFELD AND JEPPARD
    ATTORNEY FOR THE PLAINTIFF
 2      23586 CALABASAS RD, SUITE 103
        CALABASAS, CA  91302
        818-222-2868
 3  Attorneys for the Plaintiff
```

**JAN 22 1992** — CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT NO: 91A12294 |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| CHERYL A. TODD | |
| A/K/A CHERYL A. TODD-BROWN | |
| Defendant(s). | |

ENTERED CLERK, U.S. DISTRICT COURT — JAN 22 1992 — CENTRAL DISTRICT OF CALIFORNIA

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHERYL A. TODD the sum of $710.25 as principal, $34.92 as accrued prejudgment interest, $0 administrative charges, and $39.00 costs, plus $250.00 attorney fees for a total amount of $1,034.17, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: **JAN 22 1992**

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

*R. L. BYER*

By: _____
     Deputy Clerk