1 GOLDSMITH & HULL/File #C-19551
A Professional Corporation
2 William I. Goldsmith (SBN 82183)
Jack D. Hull       (SBN 91879)
3 Howard D. Myers   (SBN 41811)
16933 Parthenia Street
4 Northridge, CA 91343
Tel.: (818) 990-6600
5 Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**
6

7 Attorneys For Plaintiff

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.: 91A-12294   12-cv-196

12                    Plaintiff,          RENEWED JUDGMENT
[Proposed]
13 v.

14                                        LODGED
                                          CLERK, U.S. DISTRICT COURT
15 CHERYL A. TODD AKA CHERYL A.
TODD-BROWN,                               DEC 14 2012
16                    Defendant.
                                          CENTRAL DISTRICT OF CALIFORNIA
17                                        BY                    DEPUTY

18         Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of

19 the California Code of Civil Procedure, the above named plaintiff, by his attorney,

20 applies for renewal of judgment against defendant, CHERYL A. TODD AKA

21 CHERYL A. TODD-BROWN.

22         The original judgment, was entered on January 22, 1992.  A copy is attached as

23 "Exhibit 1".

24         The judgment has not been previously renewed.

25         Renewal of money judgment as of December 13, 2011.

26         a. Total judgment.................................................. $1,034.17

27         b. Credits after judgment.......................................$    0.00

28         c. Subtotal.............................................................$1,034.17

     d. Interest after judgment.......................................$1,343.33

     e. Fee for filing abstract of judgment.......................$    0.00

     f. Total renewed judgment.....................................$2,377.50

Renewed Judgment to accrue interest  at the legal rate until paid

Dated:  *12/13/2011*

GOLDSMITH & HULL, A.P.C.

William J. Goldsmith
Attorneys For Plaintiff

Dated:_____

CLERK U.S. DISTRICT COURT

# EXHIBIT "1"

BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
    23586 CALABASAS RD, SUITE 103
    CALABASAS, CA  91302
    818-222-2868
Attorneys for the Plaintiff

JAN 2 2 1992

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          COURT NO: 91A12294
                Plaintiff,

        v.                         DEFAULT JUDGMENT

CHERYL A. TODD
A/K/A CHERYL A. TODD-BROWN

                Defendant(s).
_____/

ENTERED
CLERK, U. S. DISTRICT COURT

JAN 2 2 1992

CENTRAL DISTRICT OF CALIFORNIA

    In the above-entitled action, an affidavit on behalf of the

plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff,

do have and recover of and from CHERYL A. TODD

the sum of $710.25 as principal, $34.92 as accrued prejudgment

interest, $0 administrative charges, and $39.00 costs,

plus $250.00 attorney fees for a total amount of $1,034.17,

plus interest at the current rate until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

    DATED:

        JAN 2 2 1992              LEONARD A. BROSNAN, CLERK
                                  U.S. District Court
                                  Central District of California

                                        R. L. BYER

                                  By:_____
                                        Deputy Clerk