GOLDSMITH & HULL/File #C-19551
A Professional Corporation
William I. Goldsmith (SBN 82183)
Jack D. Hull (SBN 91879)
Howard D. Myers (SBN 41811)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys For Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  CASE NO.: 12-CV-196 ~~91A-12294~~
                          )
           Plaintiff,     )  RENEWED JUDGMENT
                          )  ~~[Proposed]~~
v.                        )
                          )
CHERYL A. TODD AKA CHERYL A. )
TODD-BROWN,               )
                          )
           Defendant.     )
_____)

LODGED
CLERK, U.S. DISTRICT COURT
DEC 1 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of the California Code of Civil Procedure, the above named plaintiff, by his attorney, applies for renewal of judgment against defendant, CHERYL A. TODD AKA CHERYL A. TODD-BROWN.

The original judgment, was entered on January 22, 1992. A copy is attached as "Exhibit 1".

The judgment has not been previously renewed.

Renewal of money judgment as of December 13, 2011.

a. Total judgment................................................ $1,034.17

b. Credits after judgment.......................................$     0.00

c. Subtotal..........................................................$1,034.17

1     d. Interest after judgment......................................$1,343.33
2     e. Fee for filing abstract of judgment......................$    0.00
3     f. Total renewed judgment....................................$2,377.50
4 Renewed Judgment to accrue interest at the legal rate until paid

6 Dated: 12/13/2011                   GOLDSMITH & HULL, A P.C.

                                               William L. Goldsmith
                                               Attorneys For Plaintiff

11 Dated: 1/25/12                      Ana M. Martinez
                                               CLERK U.S. DISTRICT COURT

# EXHIBIT "1"

BRACHFELD AND SEPPARD
ATTORNEY FOR THE PLAINTIFF
23586 CALABASAS RD, SUITE 103
CALABASAS, CA 91302
818-222-2868
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JAN 22 1992
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         COURT NO: 91A12294
        Plaintiff,

        v.                        DEFAULT JUDGMENT

CHERYL A. TODD
A/K/A CHERYL A. TODD-BROWN

        Defendant(s).
_____/

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 22 1992
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHERYL A. TODD

the sum of $710.25 as principal, $34.92 as accrued prejudgment interest, $0 administrative charges, and $39.00 costs, plus $250.00 attorney fees for a total amount of $1,034.17, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

JAN 22 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

R. L. BYER

By: _____
    Deputy Clerk