GOLDSMITH & HULL/File #C-19551
A Professional Corporation
William I. Goldsmith (SBN 82183)
Jack D. Hull (SBN 91879)
Howard D. Myers (SBN 41811)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 12-cv-196 ~~91A-12294~~ |
| Plaintiff, | RENEWED JUDGMENT ~~[Proposed]~~ |
| v. | |
| CHERYL A. TODD AKA CHERYL A. TODD-BROWN, | |
| Defendant. | |

    Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Article 2 of the California Code of Civil Procedure, the above named plaintiff, by his attorney, applies for renewal of judgment against defendant, CHERYL A. TODD AKA CHERYL A. TODD-BROWN.

    The original judgment, was entered on January 22, 1992. A copy is attached as "Exhibit 1".

    The judgment has not been previously renewed.

    Renewal of money judgment as of December 13, 2011.

    a. Total judgment................................................ $1,034.17

    b. Credits after judgment...................................$  0.00

    c. Subtotal........................................................$1,034.17

    d. Interest after judgment......................................$1,343.33

    e. Fee for filing abstract of judgment.......................$     0.00

    f. Total renewed judgment.....................................$2,377.50

Renewed Judgment to accrue interest at the legal rate until paid

Dated: 12/13/2011

GOLDSMITH & HULL, A P.C.

William L. Goldsmith
Attorneys For Plaintiff

Dated: 1/25/12

Ann M. Martinez
CLERK U.S. DISTRICT COURT

**EXHIBIT "1"**

BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
23586 CALABASAS RD, SUITE 103
CALABASAS, CA 91302
818-222-2868
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JAN 22 1992
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

COURT NO: 91A12294

v.

DEFAULT JUDGMENT

CHERYL A. TODD
A/K/A CHERYL A. TODD-BROWN

    Defendant(s).
_____/

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 22 1992
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CHERYL A. TODD

the sum of $710.25 as principal, $34.92 as accrued prejudgment interest, $0 administrative charges, and $39.00 costs,

plus $250.00 attorney fees for a total amount of $1,034.17,

plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

JAN 22 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

R. L. BYER

By: _____
    Deputy Clerk